COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| ENCORE ENTERPRISES, INC., A TEXAS CORPORATION, ENCORE BORDERPLEX, LLC, EMF GRAND MISSION INVESTMENTS, LP, AND ENCORE MF SENDERO, L.P., | §<br>§<br>§<br>§ | No. 08-17-00153-CV<br><br>Appeal from<br><br>County Court at Law No. 6 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC # 2016-DCV2446) |
| BORDERPLEX REALTY TRUST, A MARYLAND REAL ESTATE INVESTMENT TRUST, AND BRT REALTY OPERATING LIMITED PARTNERSHIP, | §<br>§<br>§ | |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2018.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
McClure, C.J., not participating